IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| | : | |
| | : | Transferred from the |
| v. | : | District of North Dakota |
| | : | |
| | : | |
| | : | Case Nos.: See Exhibit A |
| VARIOUS DEFENDANTS. | : | (attached hereto) |

### **O R D E R**

**AND NOW,** this **14th** day of **February, 2012,** it is hereby **ORDERED** that the Motion for Summary Judgment of Defendant Foster Wheeler in each of the cases identified on Exhibit A (attached hereto) is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

## **Exhibit A**

## **Motions by Foster Wheeler<br>in Various Cases Transferred from the<br>United States District Court for the District of North Dakota**

|    | Decedent's Name     | D.N.D. Case No. | E.D. PA Case No. | Doc. No. |
|----|---------------------|-----------------|------------------|----------|
| 1  | Raymond Birst       | 90-00241        | 09-66623         | 33       |
| 2  | Clarence Fateley    | 90-00249        | 09-66630         | 37       |
| 3  | Mike Hilzendeger    | 92-00186        | 09-68033         | 14       |
| 4  | Boyd Jaskoviak      | 90-00259        | 09-66640         | 28       |
| 5  | Creighton Kettelson | 90-00262        | 09-66643         | 28       |
| 6  | Joseph Leingang     | 90-00265        | 09-66646         | 27       |
| 7  | Richard Leingang    | 90-00266        | 09-66647         | 33       |
| 8  | Lorraine McCulley   | 92-00186        | 09-68048         | 12       |
| 9  | Alvie Nixon         | 90-00272        | 09-66653         | 29       |
| 10 | Joseph Senger       | 90-00284        | 09-66665         | 34       |
| 11 | Daryl Sheldon       | 90-00287        | 09-66668         | 34       |
| 12 | Gerard Sheldon      | 90-00288        | 09-66669         | 31       |
| 13 | Melvin Skager       | 90-00289        | 09-66670         | 29       |
| 14 | Larry Sullivan      | 90-00292        | 09-66673         | 33       |
| 15 | Wallace Toepke      | 90-00294        | 09-66675         | 33       |
| 16 | William Woods       | 90-00298        | 09-66679         | 33       |
| 17 | Richard Zachmeier   | 90-00300        | 09-66681         | 28       |
| 18 | William Zachmeier   | 90-00301        | 09-66682         | 29       |
| 19 | James Zoller        | 90-00302        | 09-66683         | 33       |